UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISOL PEREZ,

                      Plaintiff,

      -v-

BJ'S WHOLESALE CLUB, INC.,

                      Defendant.

21-CV-64 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, Bronx County, on January 5, 2021. Counsel for the plaintiff is directed to file an appearance with this Court no later than January 22, 2021.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by January 15, 2021.

    SO ORDERED.

Dated: January 11, 2021
       New York, New York

                                                          J. PAUL OETKEN
                                                United States District Judge